UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVISHANKER NARAYANAN,
*individually and on behalf of all others similarly situated*,

        Plaintiff,

-v-

MAREX GROUP PLC, IAN LOWITT, and ROBERT IRVIN,

        Defendants.

25-CV-8393 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 9, 2025, Plaintiff Ravishanker Narayanan filed a putative class action lawsuit on behalf of all persons and entities who sold short Marex securities between May 16, 2024 and August 5, 2025. *See* Dkt. No. 1 ("Compl.") ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5. Compl. ¶¶ 7, 51–65.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class --
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
>
> > (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i). The PSLRA also requires that, not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of the class members. *See id.* § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. *See id.* § 78u-4(a)(3)(B)(ii).

Plaintiff shall file a copy of the notice on ECF once it is published. Members of the purported class shall have until 60 days from Plaintiff's publishing of the required notice to move the Court to serve as lead plaintiffs. Opposition to any motion for appointment of lead plaintiff shall be served and filed by January 9, 2026. Accordingly, it is hereby ORDERED that a conference shall be held on January 16, 2026 at 12:00 p.m. in Courtroom 1506 of the United States Courthouse, 40 Foley Square, New York, New York 10007 to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the Defendants.

SO ORDERED.

Dated:   October 21, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge