**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Ali Shahsavanpour, et al.,**<br><br>            **Plaintiffs,**<br><br>    **-against-**<br><br>**Marex Group PLC, et al.**<br><br>         **Defendants.** | **1:25-cv-08393 (RA) (SDA)** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the joint notice of settlement, dated June 5, 2026 (ECF No. 45). The motion to stay is hereby GRANTED. The parties shall file a status update by Monday, July 20, 2026, if the motion for preliminary approval is not filed by then. In addition, the parties are advised that they may consent to Judge Aaron's jurisdiction for the purposes of the settlement approval using the form at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:     New York, New York
           June 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge