**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ali Shahsavanpour, et al.,**

**Plaintiffs,**

**-against-**

**Marex Group PLC, et al.**

**Defendants.**

**1:25-cv-08393 (RA) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The pending motion for preliminary approval of class action settlement (ECF No. 52) has been referred to Magistrate Judge Aaron. (*See* Amended Referral Order, ECF No. 57.) To expedite the disposition of that motion and the subsequent motion for final approval, the parties may wish to consider consenting to the jurisdiction of Judge Aaron, in accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.[1] An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. On or before Tuesday, September 1, 2026, the parties shall meet and confer and, only if all parties voluntary consent, counsel for Plaintiffs shall file a fully executed copy of the consent form found at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf to the ECF docket.

**SO ORDERED.**

[1] Without consent, Judge Aaron would be required to issue a Report and Recommendation on each of the preliminary and final approval motions, which Judge Abrams would then consider, thereby prolonging the disposition of the motions.

DATED: New York, New York
August 25, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge